KRISTOL BRADLEY GINAPP
Nevada Bar No. 8468
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendants
CASAL INSTITUTE OF NEVADA, LLC dba
AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>Defendants. | CASE NO. 2:13-cv-02263-APG-GWF<br><br>**DEFENDANTS JOHN GRONVALL AND THOMAS CIARNELLO'S JOINDER TO CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS AND ARTHUR J. PETRIE'S MOTION TO DISMISS** |

COME NOW Defendant's John Gronvall ("Gronvall") and Thomas Ciarnello ("Ciarnello"), by and through its counsel of record, Kristol Bradley Ginapp, Esq. and Cayla Witty, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby submits this Joinder to Defendant Casal Institute of Nevada, LLC dba Aveda Institute Las Vegas and Arthur J. Petrie's Motion to Dismiss Complaint. Gronvall and Ciarnello hereby join Casal Institute of Nevada, LLC dba Aveda Institute Las Vegas and Arthur J. Petrie's Motion to Dismiss to the extent the arguments contained therein are also applicable to Gronvall and Ciarnello, which are similarly situated.

This Joinder is based on the arguments set forth in the above-mentioned Motion to

1  Dismiss, as those arguments apply equally to Gronvall and Ciarnello substantively and
2  procedurally. Gronvall and Ciarnello hereby incorporates by reference the arguments in the Points
3  and Authorities in Defendants Casal Institute of Nevada, LLC dba Aveda Institute Las Vegas and
4  Arthur J. Petrie's Motion to Dismiss as if the same were fully set forth herein. This Joinder is
5  filed to avoid the Court having to review a separate filing setting forth the same points and
6  authorities already pending before the Court.

7  DATED this ___ day of February, 2014.

8  LEWIS BRISBOIS BISGAARD & SMITH LLP

11  By _____
   KRISTOL BRADLEY GINAPP
12  Nevada Bar No. 8468
   CAYLA WITTY
13  Nevada Bar No. 12897
   6385 S. Rainbow Boulevard, Suite 600
14  Las Vegas, Nevada 89118
15  Tel. 702.893.3383

16  Attorneys for Defendants CASAL INSTITUTE
   OF NEVADA, LLC dba AVEDA INSTITUTE
17  LAS VEGAS, ARTHUR J. PETRIE, JOHN
   GRONVALL, and THOMAS CIARNELLO