# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:13-cv-2263-APG-GWF |
| vs. | )<br>) **ORDER** |
| CASAL INSTITUTE OF NEVADA, LLC, doing business as AVEDA INSTITUTE LAS VEGAS, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Plaintiff's Motion to File Supplemental Authority in Support of Plaintiffs' Motion to Compel Certain Discovery (#77) filed November 20, 2014 and Defendants' Countermotion to Strike Plaintiff's Motion to File Supplemental Authority (#81) filed November 21, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to File Supplemental Authority in Support of Plaintiffs' Motion to Compel Certain Discovery (#77) is **granted** and Defendants' Countermotion to Strike Plaintiff's Motion to File Supplemental Authority (#81) is **denied**.

DATED this 25th day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge