UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, <br><br>             Plaintiff, <br><br>vs. <br><br>CASAL INSTITUTE OF NEVADA, LLC, doing business as AVEDA INSTITUTE LAS VEGAS, et al., <br><br>             Defendants. | Case No. 2:13-cv-2263-RFB-GWF <br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend the Discovery Schedule in this Case (#117), filed on September 9, 2015.  Defendants filed their Opposition (#120) on September 17, 2015.

Plaintiff moves for an order extending discovery by 90 days.  The Defendants oppose the extension of discovery, as the Plaintiff does not specifically indicate what discovery needs to be completed.  Plaintiff does not indicate that any depositions have yet to be taken, or that there are still requests pending.  Additionally, Judge Boulware recently granted an extension of discovery for a limited purpose to October 30, 2015.  The Plaintiff does not indicate that this limited extension is inadequate.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend the Discovery Schedule in this Case (#117) is **denied** without prejudice.

**DATED** this 21st day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge