Leon Greenberg, Bar No. 8094
Dana Sniegocki, Bar No. 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-4
Las Vegas, NV 89146
Tel: (702) 383-6085
Fax: (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>Defendants. | CASE NO. 2:13-cv-02263-RFB-GWF<br><br>**STIPULATION AND ORDER TO ENLARGE THE PARTIES' TIME TO FILE AND SERVE THEIR MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST)**<br><br>**AND STIPULATION AND ORDER TO EXCEED THE PAGE LIMIT ON DISPOSITIVE MOTION BRIEFS PURSUANT TO LR 7-4**<br>**(FIRST REQUEST)** |

Plaintiffs and Defendants ("the parties"), by and through their attorneys of record, hereby stipulate and agree that both parties shall receive an enlargement of time, until **January 13, 2016**, in which to file and serve their respective Motions for Summary Judgment.

The above request constitutes an extension of 14 days and is made to accommodate the schedules of counsel, and account for the upcoming holidays, and is not made for the purpose of any delay.

1

The parties further stipulate and agree that each party's respective motion for summary judgment brief may exceed the allowable page limit under Local Rule 7-4.

The parties further stipulate and agree that neither party's moving brief shall exceed forty five (45) pages.

IT IS SO STIPULATED.

Dated this 23rd day of December, 2015         Dated this 23rd day of December, 2015

 /s/ *Leon Greenberg*                                        /s/ *Kristol Bradley Ginapp*
LEON GREENBERG, ESQ.                          KRISTOL BRADLEY GINAPP
Nevada State Bar No. 8094                          Nevada Bar No. 8468
DANA SNIEGOCKI, Esq.                             LEWIS BRISBOIS BISGAARD &
Nevada State Bar No. 11715                        SMITH LLP
LEON GREENBERG PROFESSIONAL       6385 S. Rainbow Boulevard, Suite 600
CORPORATION                                            Las Vegas, Nevada 89118
2965 South Jones Boulevard                          702.893.3383
Suite E-4                                                          FAX: 702.893.3789
Las Vegas, NV 89146                                    E-mail:
Telephone No.: (702) 383-6085                    kristol.ginapp@lewisbrisbois.com
Facsimile No.: (702) 385-1827                     Attorney for Defendants
Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED this  29th  day of   December  , 2015.

_____
HON. RICHARD F. BOULWARE
United States District Judge