KRISTOL BRADLEY GINAPP
Nevada Bar No. 8468
MARCUS B. SMITH
Nevada Bar No. 12098
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendants
CASAL INSTITUTE OF NEVADA, LLC dba
AVEDA INSTITUTE LAS VEGAS, ARTHUR J.
PETRIE, JOHN GRONVALL, and THOMAS
CIARNELLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>Defendants. | CASE NO. 2:13-cv-02263-RFB-GWF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants and Plaintiff, by and through their attorneys of record, hereby stipulate and agree to the following:

1. Defendants Casal Institute of Nevada, LLC, Arthur J. Petrie, John Gronvall, and Thomas Ciarnello filed their Motion for Summary on January 13, 2016 (Doc. No. 132).

2. Plaintiff filed her Motion for Partial Summary Judgment on January 13, 2016 (Doc No. 134).

3. Responses are due Monday, February 8, 2016. (The actual deadline set by the Court was Saturday, February 6, 2016.)

4. The parties hereby stipulate and agree to extend the deadline for filing Defendants' and Plaintiff's responses. The new deadline will be **Tuesday, February 16, 2016.**

5. The parties additionally stipulate and agree to the deadline for filing replies. The deadline will be **Monday, March 21, 2016**.

6. This is the parties' third request for an extension of time with respect to these motions, and first request for extension with respect to the Responses to these motions and is requested to accommodate for counsels' schedules and to permit Defendants' additional time to respond to Plaintiff's 45 page Motion for Partial Summary Judgment.

7. This stipulation is submitted based upon good cause and the request herein is not made for the purpose of delay.

Respectfully Submitted,

Dated: February 4, 2016                                    Dated: February 4, 2016

LEON GREENBERG PROFESSIONAL           LEWIS BRISBOIS BISGAARD & SMITH
CORPORATION                                                    LLP


/s/ Leon Greenberg                                              /s/ Kristol Bradley Ginapp
Leon Greenberg, Esq., Bar No. 8094              Kristol Bradley Ginapp, Esq., Bar No. 8468
Dana Sniegocki, Esq., Bar No. 11715             Cayla J. Witty, Esq., Bar No. 12897
2965 South Jones Boulevard #E-4                  6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89146                                        Las Vegas, NV 89118

*Attorneys for Plaintiffs*                                    *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this __8th__ day of February, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

