UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC doing business as AVEDA INSTUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>Defendants. | Case No. 2:13-cv-02263-RFB-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST |

THIS MATTER came before the Court on the Plaintiff's Motion to Remove Former Counsel from CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Oscar Peralta, Esq. (operalta@gabroy.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS SO ORDERED:

_George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/9/2016

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704