KRISTOL BRADLEY GINAPP (Bar No. 8468)
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
E-mail:  kristol.ginapp@lewisbrisbois.com

*Attorneys for Defendants*
*CASAL INSTITUTE OF NEVADA, LLC dba*
*AVEDA INSTITUTE LAS VEGAS, ARTHUR J.*
*PETRIE, JOHN GRONVALL, and THOMAS*
*CIARNELLO*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all other similarly situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>             Defendants. | CASE NO. 2:13-cv-02263-RFB-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST |

This matter came before the Court on the Defendants' Motion to Remove Former Counsel From CM/ECF Service List.  Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Marcus B. Smith, Esq. (marcus.smith@lewisbrisbois.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS SO ORDERED:

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED:  August 15, 2016

4839-5325-3174.1                                      3