Leon Greenberg, Bar No. 8094
Dana Sniegocki, Bar No. 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-4
Las Vegas, NV 89146
Tel: (702) 383-6085
Fax: (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>Defendants. | CASE NO. 2:13-cv-02263-RFB-GWF<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE A RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR CERTIFICATION OF THE COURT'S ORDER FOR IMMEDIATE APPEAL ((DOC NO. 161) AND FOR DEFENDANTS TO FILE THEIR REPLY THERETO (FIRST REQUEST)** |

Plaintiff and Defendants ("the parties"), by and through their attorneys of record, hereby stipulate and agree to the following:

1. Defendants filed their Motion for Certification of the Court's Order Granting Partial Summary Judgment for Immediate Appeal Pursuant to 28 U.S.C. §1298(b) on September 16, 2016 (Doc. No. 161).

2. Plaintiff's Response in Opposition is due to be filed and served on October 3, 2016.

3. Plaintiff shall have until October 24, 2016 to file and serve her Response in Opposition to defendant's Motion. This constitutes a three week extension.

4. Defendants shall have until November 17, 2016 to file their Reply in Support of their Motion. This constitutes a two week extension.

5. The foregoing requests for enlargements of time are made in good faith to

1

accommodate the schedule of the parties' counsel. Plaintiff's counsel is currently undertaking the drafting and submission of several briefs before the Nevada Supreme Court in various appeals and petitions for writs of mandamus. Accordingly, this request for an extension of time is not made for the purpose of delay.

      IT IS SO STIPULATED.

Dated this 3rd day of October, 2016      Dated this 3rd day of October, 2016

_/s/ *Leon Greenberg*_____      _/s/ *Montgomery Y. Paek*____
LEON GREENBERG      MONTGOMERY Y. PAEK
Nevada State Bar No. 8094      Nevada Bar No. 10176
LEON GREENBERG PROFESSIONAL      LITTLER MENDELSON, P.C.
CORPORATION      3960 Howard Hughes Parkway
2965 South Jones Boulevard      Suite 300
Suite E-4      Las Vegas, NV 89169
Las Vegas, NV 89146      Telephone No.: (702) 862-8800
Telephone No.: (702) 383-6085      Facsimile No.: (702) 861-8811
Facsimile No.: (702) 385-1827      mpaek@littler.com
leongreenberg@overtimelaw.com      Attorney for Defendants
Attorneys for Plaintiffs

## **ORDER**

      IT IS SO ORDERED this __9th__ day of __December_____, 2016.

      _____
      HON. RICHARD F. BOULWARE
      United States District Judge

2