RICK D. ROSKELLEY, ESQ., Bar # 3192
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: rroskelley@littler.com
Email: mpaek@littler.com

Attorneys for Defendants
Casal Institute of Nevada, LLC dba Aveda Institute Las Vegas;
Arthur J. Petrie; John Gronvall; and Thomas Ciarnello

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY,<br><br>           Plaintiff,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC DBA AVEDA INSTITUTE LAS VEGAS; ARTHUR J. PETRIE; JOHN GRONVALL; AND THOMAS CIARNELLO,<br><br>           Defendant. | Case No. 2:13-cv-02263-RFB-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR ENTRY OF DISCOVERY ORDER PER DECEMBER 9, 2015 STIPULATION AND ORDER (DOCKET #129) (ECF NO. 175)**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff MARNI M. GUY and Defendants CASAL INSTITUTE OF NEVADA, LLC d/b/a AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, AND THOMAS CIARNELLO (collectively "Defendants"), by and through their respective counsel, do hereby stipulate and agree to the following:

1.    Plaintiff filed her Motion for Entry of Discovery Order Per December 9, 2015 Stipulation and Order (Docket #129) (ECF No. 175) on December 19, 2016.

2.    Defendants' Response and Opposition to Plaintiff's Motion (ECF No. 175) is due to be filed on December 28, 2016.  Minute Order (ECF No. 176).

3.    Defendants shall have up to and including Wednesday, January 11, 2017 to file and

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

serve their Response and Opposition. This constitutes a two-week extension.

4. The foregoing request for enlargement of time is made in good faith to accommodate the schedule of Defendants' counsel and is not made for the purpose of delay.

Dated: December 23, 2016

Respectfully submitted,

/s/ Leon Greenberg, Esq.
LEON GREENBERG, ESQ.
LEON GREENBERG, P.C.

Attorneys for Plaintiff
Marni M. Guy

Dated: December 23, 2016

Respectfully submitted,

/s/ Montgomery Y. Paek, Esq.
RICK D. ROSKELLEY, ESQ.
MONTGOMERY Y. PAEK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
Casal Institute of Nevada, LLC dba Aveda Institute Las Vegas; Arthur J. Petrie; John Gronvall; and Thomas Ciarnello

Dated: December 23, 2016

Respectfully submitted,

/s/ Christian Gabroy, Esq.
CHRISTIAN GABROY, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiff
Marni M. Guy

**ORDER**

IT IS SO ORDERED.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: December 27, 2016

Firmwide:144642792.1 090612.1001

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800