Leon Greenberg, Bar No. 8094
Dana Sniegocki, Bar No. 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-3
Las Vegas, NV 89146
Tel: (702) 383-6085
Fax: (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>Defendants. | CASE NO. 2:13-cv-02263-RFB-GWF<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23(b)(2) AND 23(B)(3) AND FOR INJUNCTIVE RELIEF**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendants ("the parties"), by and through their attorneys of record, hereby stipulate and agree to the following:

1. Plaintiff filed her Motion for Class Certification under Fed. R. Civ. P. 23(b)(2) and 23(b)(3) and for Injunctive Relief on November 15, 2016.

2. Defendants filed their Opposition on December 2, 2016.

2. Plaintiff's Reply is due to be filed on December 12, 2016..

3. Plaintiff shall have until December 27, 2016 to file and serve her Reply to the Opposition.  This constitutes a two week extension.

4. The foregoing request for enlargement of time is made in good faith to

1

accommodate the schedule of Plaintiff's counsel and is not made for the purpose of delay.

IT IS SO STIPULATED.

Dated this 12th day of December, 2016         Dated this 12th day of December, 2016

/s/ *Leon Greenberg*
LEON GREENBERG
Nevada State Bar No. 8094
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Boulevard
Suite E-3
Las Vegas, NV 89146
Telephone No.: (702) 383-6085
Facsimile No.: (702) 385-1827
leongreenberg@overtimelaw.com
Attorneys for Plaintiffs

/s/ *Montgomery Y. Paek*
MONTGOMERY Y. PAEK
Nevada Bar No. 10176
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Telephone No.: (702) 862-8800
Facsimile No.: (702) 861-8811
mpaek@littler.com
Attorney for Defendants

## **ORDER**

IT IS SO ORDERED this  29th  day of  December , 2016.

_____
HON. RICHARD F. BOULWARE
United States District Judge

2