Leon Greenberg, Bar No. 8094
Dana Sniegocki, Bar No. 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-3
Las Vegas, NV 89146
Tel: (702) 383-6085
Fax: (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC dba AVEDA INSTITUTE LAS VEGAS, ARTHUR J. PETRIE, JOHN GRONVALL, and THOMAS CIARNELLO,<br><br>Defendants. | CASE NO. 2:13-cv-02263-RFB-GWF<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' OPPOSITION AND COUNTER MOTION (ECF 200) TO PLAINTIFF'S MOTION TO STRIKE AND FOR OTHER RELIEF**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendants ("the parties"), by and through their attorneys of record, hereby stipulate and agree to the following:

1. Plaintiff filed her Motion to Strike, for Entry of a Discovery Plan or Alternatively for a Stay of Discovery on March 6, 2017.

2. Defendants filed their Opposition and Counter Motion in response on March 20, 2017

3. Plaintiff's Reply is due to be filed on March 27, 2017.

4. Plaintiff shall have until April 3, 2017 to file and serve her Reply to the Opposition and Counter-Motion.  This constitutes a one week extension.

1

5. The foregoing request for enlargement of time is made in good faith to accommodate the schedule of Plaintiff's counsel and is not made for the purpose of delay.

IT IS SO STIPULATED.

Dated this 27th day of March, 2017                    Dated this 27th day of March, 2017

_/s/ *Leon Greenberg*_____                    _/s/ *Montgomery Y. Paek*____
LEON GREENBERG                                             MONTGOMERY Y. PAEK
Nevada State Bar No. 8094                                  Nevada Bar No. 10176
LEON GREENBERG                                             LITTLER MENDELSON, P.C.
PROFESSIONAL CORPORATION                                   3960 Howard Hughes Parkway
2965 South Jones Boulevard                                 Suite 300
Suite E-3                                                  Las Vegas, NV 89169
Las Vegas, NV 89146                                        Telephone No.: (702) 862-8800
Telephone No.: (702) 383-6085                              Facsimile No.: (702) 861-8811
Facsimile No.: (702) 385-1827                              mpaek@littler.com
leongreenberg@overtimelaw.com                              Attorney for Defendants
Attorneys for Plaintiffs

## **ORDER**

IT IS SO ORDERED this __4th__ day of _____April_____, 2017.

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE

2