# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARNI M. GUY,

    Plaintiff,

vs.

CASAL INSTITUTE OF NEVADA, LLC, doing business as AVEDA INSTITUTE LAS VEGAS, et al.,

    Defendants.

Case No. 2:13-cv-2263-RFB-GWF

**ORDER**

This matter is before the Court on the parties' Stipulation to Stay (ECF No. 210), filed on May 22, 2017.

The parties request a 180 day stay of discovery on the basis that the Ninth Circuit may set *Benjamin v. B & H Education, Inc.* for oral argument in August of 2017 and that *Benjamin* may impact the outcome of this matter. The Court denies the parties' request without prejudice for two reasons. First, the parties do not provide sufficient information about how *Benjamin* impacts this matter to warrant a stay of discovery. Second, the stipulation does not inform the court as to what remaining discovery needs to be conducted if a stay is not granted. Accordingly,

**IT IS HEREBY ORDERED** that parties' Stipulation to Stay (ECF No. 210) is **denied, without prejudice.**

DATED this 23rd day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge