**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARNI M. GUY,                                )
                                             )
                  Plaintiff,                 )          Case No. 2:13-cv-2263-RFB-GWF
                                             )
vs.                                          )          **ORDER**
                                             )
CASAL INSTITUTE OF NEVADA, LLC,              )
doing business as AVEDA INSTITUTE LAS        )
VEGAS, et al.,                               )
                                             )
                  Defendants.                )
_____)

      This matter is before the Court on the parties' Stipulation to Stay (ECF No. 212), filed on May 24, 2017. The parties request a 180 day stay of discovery on the basis that the Ninth Circuit may set *Benjamin v. B & H Education, Inc.* for oral argument in August of 2017. The Court will grant a stay of discovery until September 1, 2017 to see what occurs in oral argument in *Benjamin*. Accordingly,

      **IT IS HEREBY ORDERED** that the parties Stipulation to Stay (ECF No. 212) is **granted**, in part, and **denied**, in part.

      **IT IS FURTHER ORDERED** that discovery in this matter is stayed until **September 1, 2017**.

      DATED this 6th day of June, 2017.

                                       _____
                                     GEORGE FOLEY, JR.
                                     United States Magistrate Judge