RICK D. ROSKELLEY, ESQ., Bar # 3192
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	rroskelley@littler.com
Email:	mpaek@littler.com
Email:	troehrs@littler.com
Email:	kblakey@littler.com

Attorneys for Defendants
Casal Institute of Nevada, LLC dba Aveda Institute Las Vegas;
Arthur J. Petrie; John Gronvall; and Thomas Ciarniello

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARNI M. GUY,<br><br>             Plaintiff,<br><br>vs.<br><br>CASAL INSTITUTE OF NEVADA, LLC DBA AVEDA INSTITUTE LAS VEGAS; ARTHUR J. PETRIE; JOHN GRONVALL; AND THOMAS CIARNIELLO,<br><br>             Defendant. | Case No. 2:13-cv-02263-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND STAY OF DISCOVERY**<br><br>**[FIRST REQUEST]** |

      Plaintiffs Marni Guy, et al. and Defendants Casal Institute of Nevada, LLC dba Aveda Institute Las Vegas; Arthur J. Petrie; John Gronvall; and Thomas Ciarniello (collectively "Defendants"), by and through their respective attorneys hereby stipulate to and request that the Court extend the stay of discovery currently in place by an additional 90 days up to and including **Thursday, November 30, 2017**.

      The parties request a continued stay in discovery to avoid unnecessarily incurring the significant costs and fees associated with the approaching discovery deadlines.  The parties continue

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

to agree that staying these deadlines is warranted as the Ninth Circuit has set oral argument in *Benjamin, et al v. B&H Education, Inc. et al* for September 11, 2017. As stated in the parties initial request to stay discovery, the parties agree that the decision in *Benjamin,* that case involving the application of the Fair Labor Standards Act to the activities of cosmetology students in a cosmetology school salon, may prove material to the outcome of this case. [ECF. No. 212].

On June 6, 2017, this Court granted the parties' request for an initial stay until September 1, 2017. [ECF No. 213]. The purpose of that stay was "to see what occurs in oral argument in Benjamin." *Id*. The oral argument in Benjamin is currently set for September 11, 2017. Additionally, the results of the appeal will more than likely take several months from the date of the oral argument to be issued. Accordingly, the parties request that the stay of discovery be extended by 90 days up to and including **Thursday, November 30, 2017**.

Dated: August 18, 2017

Respectfully submitted,

*/s/ Dana Sniegocki, Esq.*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG CORPORATION

Attorneys for Plaintiffs

Respectfully submitted,

*/s/ Christian Gabroy, Esq.*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiffs

Respectfully submitted,

*/s/ Kathryn B. Blakey, Esq.*
RICK D. ROSKELLEY, ESQ.
MONTGOMERY Y. PAEK, ESQ.
TIMOTHY W. ROEHRS, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this __21st__ day of August, 2017.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

2.